IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAIVA KLEINAUSKAITE, | No. 4:17-CV-02176 |
| Petitioner, | (Judge Brann) |
| v. | |
| CLAIR DOLL, | |
| Respondent. | |

## ORDER

**JULY 23, 2019**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Petitioner's Motion for Attorneys' Fees, ECF No. 37, is **GRANTED IN PART** and **DENIED IN PART**, as follows:

1. The Government **SHALL PAY** all attorneys' fees listed on ECF No. 37-1, Ex. C, that were incurred by Petitioner after May 17, 2018.

2. Such payment **SHALL BE MADE** to the Nationalities Service Center.

3. The motion is otherwise **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge